UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANNIE RAY HILLHOUSE,

        Petitioner,      CIV. S-03-0142 MCE PAN

    v.

STEVE ORNOSKI, Acting Warden    **DEATH PENALTY CASE**
of California State Prison
at San Quentin,

                                               ORDER

        Respondent.

                            -o0o-

    December 2, 2005, petitioner filed an amended petition. Good cause appearing, respondent shall respond within 30 days.

    So ordered.

    Dated:  December 6, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge