1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**DANNIE RAY HILLHOUSE,**                    CIV S-03-0142 MCE PAN P

                                 Petitioner,    **[PROPOSED] ORDER**

            **v.**

**JEANNE S. WOODFORD, et al.,**

                                 Respondents.

17

18          Good cause appearing, it is ordered that the time for the filing of Respondent's response

19   be extended to and including February 6, 2006.

20          Dated:  December 28, 2005.

21                                                    /s/ Peter A. Nowinski
                                                PETER A. NOWINSKI
22                                              Magistrate Judge

23

24

25

26

27

28

[Proposed] Order