IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV S-03-0142 MCE PAN P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **JEANNE S. WOODFORD, et al.,** | |
| Respondents. | |

Good cause appearing, it is ordered that the time for the filing of Respondent's response be extended to and including March 8, 2006.

Dated: January 27, 2006.

                                                   /s/ Peter A. Nowinski
                                               PETER A. NOWINSKI
                                               Magistrate Judge