IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV S-03-0142 MCE CMK P |
| Petitioner, | **CAPITAL CASE** |
| v. | **ORDER** |
| **JEANNE S. WOODFORD, et al.,** | |
| Respondents. | |

On February 27, 2006, respondents filed a request for an extension of time to file a response to petitioner's amended petition. Petitioner's counsel has indicated that he has no objections to this extension. Good cause appearing, IT IS ORDERED that the time for the filing of Respondent's response be extended to and including April 7, 2006.

DATED: March 7, 2006.

　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1