IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV S-03-0142 MCE CMK P |
| Petitioner, | **CAPITAL CASE** |
| v. | **ORDER** |
| **JEANNE S. WOODFORD, et al.,** | |
| Respondents. | |

Respondent requests a third extension of time to file her response. In her request, respondent indicates that petitioner's counsel has no opposition to the court granting respondent an extension of time. Accordingly, good cause appearing, IT IS ORDERED that the time for the filing of Respondent's response be extended to and including May 8, 2006.

March 29, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1