# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142 MCE CMK P |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **ORDER** |
| EDDIE YLST, Acting Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Federal Rule of Civil Procedure 25(d), Eddie Ylst is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

IT IS SO ORDERED.

DATED: April 5, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1