# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142 MCE CMK P |
|     Petitioner, | **DEATH PENALTY CASE** |
| vs. | **ORDER** |
| ROBERT WONG, Acting Warden, | |
|     Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 13, 2006, the court conducted a case management conference. Petitioner's counsel, Soar Stetler and James Thomson were present and counsel for respondent, Paul O'Connor, appeared telephonically.

      As a result of the discussions at the case management conference,

IT IS ORDERED THAT:

      1. Petitioner is granted an extension of time to file a response to respondent's motion to dismiss until August 1, 2006.

      2. A hearing on respondent's motion to dismiss is set for September 20, 2006 at 10:00 a.m in Redding, California.

1      3. Respondent's reply to petitioner's response to the motion to dismiss is due by
2  September 13, 2006.
3      4. Respondent shall file the record in this case by August 1, 2006.

5  DATED: June 14, 2006.

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE