IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE,<br><br>        Petitioner,<br><br>   v.<br><br>ROBERT WONG, Acting Warden San Quentin State Prison,<br><br>        Respondent.<br>_____ | No. CIV S-03-0142-MCE CMK P<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE THE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE** |

O R D E R

    Good cause appearing, IT IS HEREBY ORDERED that Petitioner Dannie Ray Hillhouse's Request for Extension of Time to File the Opposition to Respondent's Motion to Dismiss and to Continue the Hearing Date for the Motion to Dismiss is granted. Petitioner's opposition is now due August 31, 2006. The hearing on the motion to dismiss remains set for September 20, 2006 at 10:00 a.m. before the undersigned and respondent's reply is to be filed by one week prior to the hearing.

        IT IS SO ORDERED.

DATED: August 1, 2006.

                                 _____
                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE