IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV S-03-0142 MCE CMK P |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | ORDER |
| **ROBERT WONG, Acting Warden,** | |
| Respondent. | |

Respondent filed the state court record on July 27, 2006. Respondent moved to file Lodged Document 9 under seal because it is a confidential probation officer's report. Good cause appearing, Lodged Document 9 (the probation officer's report) is hereby sealed.

IT IS SO ORDERED.

DATED: August 2, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1