IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV S-03-0142 MCE CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT WONG,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that:

1. The hearing on the motion to dismiss, currently set for September 20, 2006, at 10:00 a.m., be continued to October 23, 2006, at 1:30 p.m. (same courtroom).

2. Respondent's reply brief, currently due September 13, 2006, will be due October 16, 2006.

IT IS SO ORDERED.

September 11, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1