IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE,[1] | No. CIV S-03-0142 MCE CMK P |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| ROBERT AYERS, Jr, Acting Warden, | Order Continuing the Hearing on Respondent's |
| Respondent. | Motion to Dismiss |

Good cause appearing, IT IS ORDERED that:

1. The hearing on the motion to dismiss, currently set for October 23, 2006 at 10:00 a.m., is continued to November 8, 2006 at 10:00 a.m. before the undersigned at the United States District Court in Redding, California.

2. Respondent's reply brief remains due on October 16, 2006.

///

///

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert Ayers, Jr. is substituted as the Acting Warden.

1

3.  The Clerk of the Court is directed to substitute Robert Ayers, Jr. as the acting warden.

DATED:   October 4, 2006.

　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE