1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    **DANNIE RAY HILLHOUSE,**                          CIV S-03-0142 MCE CMK P

12                                    Petitioner,        **ORDER**

13             **v.**

14    **ROBERT AYERS, JR. ,**

15                                    Respondents.

16

17           Good cause appearing, it is ordered that the time for the filing of Respondent's reply to

18    Petitioner's opposition to Respondent's motion to dismiss be extended to and including October

19    23, 2006.

20    DATED:   October 17,  2006.

21

22                                          _____
                                            **CRAIG M. KELLISON**
23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

[Proposed] Order