IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV S-03-0142 MCE CMK P |
| Petitioner, | **(CAPITAL CASE)** |
| v. | ORDER |
| **ROBERT AYERS, JR. ,** | |
| Respondents. | |

Good cause appearing, the Court orders that the "Sealed Memorandum in Support of Motion to Seal Documents to Protect Juror Privacy" lodged with this court on January 17, 2007 be filed under seal with a filing date of January 17, 2007.

IT IS SO ORDERED.

March 2, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1