IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | CIV-s-03-0142-MCE-CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN OF SAN QUENTIN STATE PRISON,** | |
| Respondents. | |

    Good cause appearing, the time for filing Respondent's reply to Petitioner's objections to the Amended Findings and Recommendations is extended to and including May 24, 2007.

May 2, 2007

    /s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1