IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142 MCE CMK P |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **ORDER** |
| Warden of San Quentin State Prison, | |
| Respondent. | |

Respondent seeks permission to file a surreply, which he has lodged with the court on May 11, 2007.

IT IS ORDERED that:

1. Respondent is granted permission to file a surreply.

2. The Clerk of the Court is directed to file the surreply, which was lodged with the court on May 11, 2007 as attachment A to document 110.

DATED: May 15, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1