IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNIE RAY HILLHOUSE, | ) | No. CIV-S-03-0142 MCE CMK P |
| Petitioner. | ) | **ORDER** |
| | ) | **DEATH PENALTY CASE** |
| v. | ) | |
| ROBERT AYERS, JR, Warden San Quentin State Prison, | ) | |
| Respondents. | ) | |

GOOD CAUSE appearing, it is hereby ordered that Petitioner is granted permission to file an errata to petitioner's objection to the magistrate judge's amended findings and recommendations.

IT IS FURTHER ORDERED that the Clerk of the court is directed to file the errata, which was lodged with the court on May 22, 2007 as attachment A to document 116.

DATED: May 24, 2007.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1