IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNIE RAY HILLHOUSE, | ) | No. CIV-S-03-0142 MCE CMK P |
| Petitioner. | ) | **ORDER** |
| | ) | **DEATH PENALTY CASE** |
| v. | ) | |
| ROBERT AYERS, JR, Warden<br>San Quentin State Prison, | ) | |
| Respondents. | ) | |

Good cause appearing, the time for filing of respondent's reply to petitioner's objections to the amended findings and recommendations is extended to and including June 7, 2007.

IT IS SO ORDERED.

DATED: May 24, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1