IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER |
| ROBERT L. AYERS, JR., | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's counsel's request to amend the Phase II budget for this case. The court hereby sets a <u>telephonic</u> ex parte hearing to discuss the request, with petitioner's counsel only, on February 13, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1