IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142 MCE CMK P |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **ORDER** |
| ROBERT AYERS, JR.,<br>Warden of San Quentin State Prison, | |
| Respondent. | |

Before the court is petitioner's request for the court to direct the court reporter to prepare and release to petitioner's counsel, James Thomson, the recording of the complete budget conference, including all sealed proceedings, held on February 13, 2008. This request will be granted.

On February 15, 2008, the court filed a sealed order (Doc. 140). Pursuant to Local Rule 72-303, any request for reconsideration of a magistrate judge's order must be filed within 10 court days of the date of service of the order. Petitioner is requesting 60 additional days to seek reconsideration. Good cause appearing, this request will be granted.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to release the recording of the February 13, 2008 budget conference to petitioner's counsel, James Thomson, is granted;

2. The court reporter is directed to prepare and release the recording to Mr. Thomson;

3. Petitioner's request for an extension of time is granted; and

4. Petitioner has 60 days from the date of service of this order to file a request for reconsideration of the court's February 15, 2008 order, if any.

DATED: March 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE