1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANNIE RAY HILLHOUSE,                    No. CIV S-03-0142-MCE-CMK

12               Petitioner,                  DEATH PENALTY CASE

13        vs.                                 <u>ORDER</u>

14   ROBERT L. AYERS, JR.,

15               Respondent.

16   _____/

17               Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Before the court is petitioner's second request for

19   additional time to request reconsideration of this court's February 15, 2008 order (Doc. 145).

20               Petitioner previously requested and was granted 60 additional days to file his

21   request for reconsideration.  Petitioner also requested and was granted a recording of the budget

22   conference hearing.  Petitioner now requests an additional 30 days to request reconsideration due

23   to counsel's other obligations and need to review the recording of the budget conference.

24   / / /

25   / / /

26   / / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Petitioner's request for additional time is granted.  Petitioner will have 30 days from the date of service of this order to file his request for reconsideration of the February 15, 2008 order.

IT IS SO ORDERED

DATED: May 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE