IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court is petitioner's third request for additional time to request reconsideration of this court's February 15, 2008 order (Doc. 147).

Petitioner previously requested and was granted two extensions of time to file his request for reconsideration. Petitioner also requested and was granted a recording of the budget conference hearing. Petitioner now requests an additional 7 days to request reconsideration due to a delay in obtaining the recording of the budget conference.

/ / /

/ / /

/ / /

1   Petitioner's request for additional time is granted.  Petitioner will have until June
2  16, 2008, to file his request for reconsideration of the February 15, 2008 order.
3   IT IS SO ORDERED

5   DATED: June 10, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE