IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT K. WONG, JR., | |
| Respondent. | |
| _____/ | |

   Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's motion for appointment of second counsel (Doc. 165). In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of second counsel. Petitioner has specifically requested the appointment of the Office of the Federal Public Defender, and indicates the Federal Defender's Office consents to this appointment.[1]

   Accordingly, IT IS HEREBY ORDERED that:

   1. Petitioner's motion for appointment of second counsel (Doc. 165) is

---

[1] Petitioner states Assistant Federal Defendant Hilary Sheard is to be assigned the day-to-day responsibility for this case.

1

1 | granted;

2 |     2.    The Federal Defender is appointed as second counsel in this matter;

3 |     3.    The Clerk of the Court is directed to serve a copy of this order on David Porter, Assistant Federal Defender; and

5 |     4.    Petitioner's counsel may contact the Clerk's Office to make arrangements for copies of any necessary documents in the file.

DATED: February 10, 2010

*Craig M. Kellison* (signature)
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE