DANIEL J. BRODERICK, Bar #89424
Federal Defender
HILARY SHEARD, Texas Bar # 50511187
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

JAMES S. THOMSON
California Bar # 79658
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Fax: (510) 525-9124
Email: James@ycbtal.net

Attorney for Petitioner
DANNIE RAY HILLHOUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT AYERS, JR., et al., ) <br> ) <br> Respondents. ) <br> ) | No. 2:03-cv-00142-MCE CMK <br><br> **DEATH PENALTY CASE** <br><br> **ORDER CONCERNING AMENDMENT OF CASE MANAGEMENT SCHEDULE** |

Petitioner has filed a Motion asking the Court to amend its case management schedule as Ordered on April 21, 2010 (Document # 167) in light of the relatively recent appointment of co-counsel and the time that will be necessary for her to acquire sufficient knowledge of the record in this case and the preceding litigation in order to adequately represent Petitioner and to assist the Court.

Deeming that the Petitioner's Motion For Amendment of the Court's Case Management Schedule is justified, the Court hereby amends that schedule as follows:

//

1    (1) Respondent should file an Answer to the First Amended Petition on or before
2 June 11, 2010, as originally ordered;
3    (2) The Court will accept the filing of an [proposed] interim Phase III budget on
4 May 28, 2010;
5    (3) The Court will conduct an interim *ex parte* budget conference on July 15, 2010;
6    (4) The Court will grant an extension of time until November 12, 2010, for the
7 filing of a final proposed Phase III budget;
8    (5) The Court will grant an extension of time for the filing of Case Management
9 Conference statements until January 7, 2011;
10   (6) The Case Management Conference, followed by a final *ex parte* budget
11 conference between the court and Petitioner's counsel, is to be held on January 14, 2011.

                                IT IS SO ORDERED.

DATED:  May 28, 2010

                                _____
                                CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE