**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| VINCENT CULLEN[1], | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's request for the release of recordings of sealed proceedings to Petitioner's counsel. This request is for the recordings from a budget conference held September 9, 2010.

/ / /

/ / /

/ / /

---

[1] Vincent Cullen is now the acting warden at San Quentin State Prison. Pursuant to Federal Rule of Civil Procedure 25(d), Vincent Cullen is substituted for his predecessor. The Clerk of the Court will be directed to update the docket to reflect the above caption.

1       Good cause appearing therefore, Petitioner's request is granted.  The court
2 reporter is directed to prepare and release the recording to Petitioner's counsel.
3       IT IS SO ORDERED.

5 DATED: September 27, 2010

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE