IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,**<br><br>                              Petitioner,<br><br>         v.<br><br>**MICHAEL MARTEL ,**<br><br>                              Respondent. | Case No. CIV S-03-0142-MCE-CMK P<br><br>**ORDER** |

    Good cause appearing, Respondent is granted an extension to and including August 19, 2011, for the filing of the opening brief on procedural defenses

**Date: 8/10/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1