IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER |
| MICHAEL MARTEL, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is Petitioner's request for the release of recordings of sealed proceedings to Petitioner's counsel.  This request is for the recordings from a budget conference held November 2, 2011.

Good cause appearing therefore, Petitioner's request (Doc. 219) is granted.  The court reporter is directed to prepare and release the recording to Petitioner's counsel.

IT IS SO ORDERED.

DATED: November 14, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1