IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNIE RAY HILLHOUSE,** | Case No. CIV S-03-0142-MCE-CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **KEVIN CHAPPELL,** | |
| Respondent. | |

    Good cause appearing, the hearing on the motion to expand the record is continued to October 31, 2012, at 1:30 p.m.

Dated:   October 4, 2012           /s/ Craig M. Kellison
                                             The Honorable Craig M. Kellison