IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| KEVIN CHAPPELL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's motion to expand the record, (Doc. 230), currently set for hearing on January 9, 2013. Petitioner's counsel has filed a motion to continue the hearing (Doc. 257) as well as a notice that he is unavailable on the date the court set. It appears all parties are available on January 23, 2013. Accordingly, the hearing set for January 9, 2013, is reset for January 23, 2013, at 10:30 a.m.

IT IS SO ORDERED.

DATED: January 2, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE