IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. CIV S-03-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| KEVIN CHAPPELL, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's motion to expand the record (Doc. 230). A telephonic hearing was held on January 23, 2013.

      The motion was unopposed in so far as petitioner is requesting to expand the record to include exhibits which are part of the State court record. The only area of contention is respondent's request to reserve all other objections. There are, however, no objections currently before the court to evaluate. The court will delay ruling on any objection to the evidence until such time as an actual objection is raised.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to expand the record (Doc. 230) is granted.

DATED: January 24, 2013

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE