# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. 2:03-cv-0142-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER |
| MICHAEL MARTEL, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is Petitioner's request for the release of recordings of sealed proceedings to Petitioner's counsel.  This request is for the recordings from a budget conference held November 28, 2012.

Good cause appearing therefore, Petitioner's requests (Docs. 264, 266) are granted.  The court reporter is directed to prepare and release the recording to Petitioner's counsel.

IT IS SO ORDERED.

DATED: August 28, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1