# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE, | No. 2:03-CV-0142-MCE-DMC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | ORDER |
| RON BROOMFIELD[1], | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

As outlined in Respondent's April 16, 2021, filing, this matter is ready for merits briefing on the merits of all claims. See ECF No. 285. Various defenses related to procedural default have been fully briefed and the Court agrees that it is appropriate for the parties to also brief the merits of the claims raised in the operative petition. See Franklin v. Johnson, 290 F.3d 1223, 1232 (9th Cir. 2002). The parties are hereby directed to meet and confer and submit to the

/ / /

/ / /

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

1  Court within 30 days of the date of this order a stipulated proposed briefing schedule.  The
2  request for a status conference, ECF No. 285, is denied.
3          IT IS SO ORDERED.
4
5  Dated:  August 26, 2021

                          DENNIS M. COTA
                          UNITED STATES MAGISTRATE JUDGE