1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANNIE RAY HILLHOUSE,                    No.  2:03-CV-0142-MCE-DMC

12              Petitioner,                    **DEATH PENALTY CASE**

13       v.                                    ORDER

14   RON BROOMFIELD[1],

15              Respondent.

16

17              Petitioner, a state prisoner proceeding with appointed counsel, brings this petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is the parties'

19   stipulated schedule for briefing of the merits of the remaining claims in this case.  See ECF No.

20   / / /

21   / / /

22   / / /

23   / //

24   / / /

25   / / /

26   / / /

27   _____

[1]      Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield is substituted
28   for his predecessor.  The Clerk of the Court is directed to update the docket to reflect the above
     caption.

1

288.  Good cause appearing therefor, the parties' stipulated schedule is approved as follows:

Petitioner's merits brief on all claims is due by June 27, 2022.

Respondent's response brief is due by March 27, 2023.

Petitioner's reply brief is due by July 27, 2023.

IT IS SO ORDERED.


Dated:  October 1, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE