IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE,<br><br>  Petitioner,<br><br>  v.<br><br>RON BROOMFIELD,<br><br>  Respondent. | No.  2:03-CV-0142-MCE-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's unopposed motion, ECF No. 298, for a 60-day extension to file merits briefing in this case.  Good cause appearing therefor, the unopposed motion is granted.  Petitioner's merits briefing is due on or before September 22, 2023.  The due dates for Respondent's briefing and Petitioner's reply are also extended by 60 days.

      IT IS SO ORDERED.

Dated:  July 13, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1