IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD,<br><br>　　　　　Respondent. | No.  2:03-CV-0142-MCE-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's unopposed motion, ECF No. 302, for a 90-day extension of time to April 15, 2024, to file merits briefing in this case.  Good cause appearing therefor, the unopposed motion is granted. Petitioner's merits briefing is due on or before April 15, 2024.  The due dates for Respondent's briefing and Petitioner's reply are also extended by 90 days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time., ECF No. 102, is GRANTED.
2. Petitioner's merits briefing is due by April 15, 2024.
3. The due dates for Respondent's briefing and Petitioner's reply are extended by 90 days.

Dated: January 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE