# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE,<br><br>    Petitioner,<br><br>    v.<br><br>TRAVIS PENNINGTON,<br><br>    Respondent. | No. 2:03-CV-0142-MCE-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed motion for an extension of time to file merits briefing. <u>See</u> ECF No. 309. Good cause appearing therefor, Petitioner's unopposed motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time, ECF No. 309, is GRANTED.

2. Petitioner's merits briefing is due by August 28, 2024.

3. The due dates for Respondent's briefing and Petitioner's reply are extended by 30 days.

Dated:  August 6, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE