IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE RAY HILLHOUSE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin Rehabilitation Center,<br><br>　　　　Respondent. | No.  2:03-CV-0142-DC-DMC<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Courtis Respondent's unopposed motion for an extension of time to file merits briefing.  See ECF No. 313.  Good cause appearing therefor, Respondent's unopposed motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Respondent's motion for an extension of time, ECF No. 313, is GRANTED.

2. Respondent's merits briefing is due by June 26, 2025.

Dated: June 9, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2