# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNIE RAY HILLHOUSE,

             Petitioner,

    v.

WARDEN, San Quentin Rehabilitation Center,

             Respondent.

No.  2:03-CV-0142-DC-DMC

**DEATH PENALTY CASE**

ORDER

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's unopposed motion for an extension of time to April 6, 2026, to file a traverse.  See ECF No. 323. Good cause appearing therefor, Petitioner's unopposed motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Petitioner's unopposed motion for an extension of time, ECF No. 323, is GRANTED.

2.    Petitioner's traverse is due on or before April 6, 2026.

Dated:  January 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2